**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**UNITED STATES OF AMERICA**

**v.**                                                                4:06CR27

**DONALD NADROSKI,**
**a/k/a Donald Black**
**a/k/a Jay Cohen,**

    **Defendant.**

### REPORT AND RECOMMENDATION
### CONCERNING GUILTY PLEA

  Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered a guilty plea to conspiracy to violate the Racketeer Influenced and Corrupt Practices Act (RICO), in violation of 18 U.S.C. § 1962(d). Defendant is also charged with conspiracy to commit wire and bank fraud (Count 2); making, possessing and uttering counterfeit securities (Count 3); bank fraud (Count 4); and wire fraud (Counts 5, 6), in violation of 18 U.S.C. §§ 1349; 513(a) and 2; 1344 and 2; and 1343 and 2. Defendant understands that these charges will be dismissed upon acceptance of his guilty plea, and the United States confirmed defendant's understanding.

  Defendant was represented by appointed counsel, Gretchen Taylor, Esquire. On August 4, 2006, defendant appeared before the Court for the purpose of entering his guilty plea. He was appropriate in appearance, responsive, and competently prepared for the hearing.

  Defendant answered all questions put to him in clear and concise language. On those occasions when he had a question, defendant

consulted with counsel and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position. At the close of the proceeding, defendant was remanded to the custody of the United States Marshal, pending preparation of the presentence report.

Defendant is thirty-four years of age, has a Bachelor's Degree from the University of Texas, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered the guilty plea pursuant to a plea agreement, which contains an important forfeiture condition. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, defendant acknowledged that the statement of facts prepared in anticipation of his plea accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offense charged is supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty plea be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an

ggrieved party from attacking such report and recommendation before the assigned United States District Judge.   28 U.S.C. § 636(b)(1)(B).

                                                                       **/s/**
                                          **James E. Bradberry**
                                          **United States Magistrate Judge**

**Norfolk, Virginia**

    **August 8**   , **2006**

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

    Gretchen Taylor, Esquire
    Federal Public Defender's Office
    Town Point Center, Ste. 403
    150 Boush Street
    Norfolk, VA  23510

    Arenda Allen, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510

    Fernando Galindo, Acting Clerk

By _____
        Deputy Clerk

_____, 2006